In the Matter of the Application of the Directors of the
SENECA OIL COMPANY, Respondents, for the Voluntary
Dissolution of Said Corporation.

JAMES G. GRAHAM et al., Appellants.

*Matter of Seneca Oil Co.*, 153 App. Div. 594, affirmed.
(Argued February 26, 1913; decided April 4, 1913.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 18, 1912, which affirmed an order of
Special Term confirming the report of a referee in pro-
ceedings for the voluntary dissolution of a corporation.

*James G. Graham* and *John J. Inman* for appellants.

*George W. Cole* for respondents.

*M. B. Jewell* for preferred stockholders.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., WERNER, WILLARD BART-
LETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.